UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROLAND OLSEN, | Case No. 24-09309 |
| Plaintiff, | |
| v. | |
| TRUE TALENT ADVISORY LLC, et al., | |
| Defendants. | |

**STIPULATION OF DISMISSAL**

**WHEREAS**, having settled this matter, the parties jointly stipulate that this action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

STIPULATED AND AGREED TO:

*/s/ Caren N. Gurmankin*
Caren N. Gurmankin, Esq.
**CONSOLE MATTIACCI LAW, LLC**
110 Marter Ave., Suite 502
Moorestown, NJ 08057

*Attorney for Plaintiff*

Dated: February 19, 2025

*/s/ Brandon R. Sher*
Brandon R. Sher, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103

*Attorney for Defendants*

Dated: February 19, 2025